1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

MAY 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-06-198 EJG |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| BOUN PHENG SILAPRASAY | |
| Defendant. | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in Deuel Vocational Institution, 23500 Kasson Road, Tracy, California 95378, in the custody of the Warden, Sheriff, or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and United States Courthouse, 501 I Street, Suite 10-100, Sacramento, CA; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden,

1

1  Sheriff, or Jailor to produce the defendant in court forthwith,
2  and at such other dates as may be necessary in order to procure
3  the defendant's presence to enter a plea and all other
4  proceedings incident thereto.

5  WHEREFORE, your petitioner prays for an order directing the
6  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
7  under the seal of this Court, directed to the Warden, Sheriff, or
8  Jailor, commanding him to have and produce the above-named
9  defendant in the United States District Court forthwith, and then
10 and there to present the defendant before the Court, and from day
11 to day thereafter as may be necessary, and at the termination of
12 the proceedings against the defendant to return the defendant to
13 the custody of the Warden, Sheriff, or Jailor.

14 DATED: May 17, 2006

McGREGOR W. SCOTT
United States Attorney

BY MICHELLE RODRIGUEZ
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application, and after finding good cause for the issuance of the writ;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: May 17, 2006

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge