DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BOUN PHENG SILAPRASAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-198 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA |
| BOUN PHENG SILAPRASAY, | ) | |
| Defendant. | ) | Date: June 30, 2006 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

    Boun Pheng Silaprasay, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Phillip Talbert, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of June 23, 2006 and re-set the matter for change of plea on June 30, 2006.

    The parties have reached a plea agreement, which has been reduced to writing.  Defense counsel needs an additional week to meet with the

defendant and Lao interpreter to review the plea agreement.

It is further stipulated and agreed between the parties that the period beginning June 23, 2006 to June 30, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4), for ongoing preparation of defense counsel.

```
                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
Date: June 22, 2006                     _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BOUN PHENG SILAPRASAY

Dated: June 22, 2006                    MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Phillip Talbert
                                        _____
                                        PHILLIP TALBERT
                                        Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: June 22, 2006

```
                                         /s/ Edward J. Garcia
                                        _____
                                        EDWARD J. GARCIA
                                        Senior U.S. District Court Judge
```

Stip and order\Silaprasay (Cr-S-06-198 EJG)

<<START>>

Name of Pleading                    -3-