```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BOUN PHENG SILAPRASAY
 6
```

**FILED**

JUL 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

C/EJG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-06-198 EJG |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF HEARING & Order |
| BOUN PHENG SILAPRASAY, | ) ) | Date: October 6, 2006 |
| Defendant. | ) ) | Time: 10:00 a.m. Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of September 8, 2006 is vacated and a new presentence schedule is as follows:

| | |
|---|---|
| Draft PSR due: | September 01, 2006 |
| Written objections due: | September 15, 2006 |
| PSR to be filed w/court: | September 22, 2006 |
| Motion for correction due: | September 29, 2006 |
| J&S: | October 06, 2006 |

///
///
///
///
///

1     All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.
3 Dated: July 20, 2006            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender

                                            /s/ Caro Marks

                                            _____
                                            CARO MARKS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BOUN PHENG SILAPRASAY

IT IS SO ORDERED

7/20/06     [signature]