Case 2:06-cr-00198-EJG Document 15 Filed 08/23/2006 Page 1 of 1
Case 2:06-cr-00198-WBS Document 16 Filed 08/24/06 Page 1 of 1

# OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel Broderick
Federal Defender

Linda C. Harter
Chief Assistant Federal Defender

## MEMORANDUM

FILED
AUG 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DATE: August 23, 2006

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
Senior United States District Court Judge

FROM: Caro Marks, Assistant Federal Defender

SUBJECT: <u>United States v. Silaprasay</u>
CR-S-06-198 EJG

---

This Memo shall serve as confirmation that the Judgment and Sentencing hearing scheduled for October 6, 2006 is to be continued to **Friday, October 20, 2006 at 10:00 a.m.**

Assistant United States Attorney Michelle Rodriguez is in agreement with this new date, and United States Probation Officer Teresa Hoffman has been notified.

The new briefing schedule for the Presentence Report shall be as follows:

Draft PSR due by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 15, 2006

Defendant's draft objections due by . . . . . . . . . . . . . . . . . . . . September 29, 2006

Final Presentence Report due by . . . . . . . . . . . . . . . . . . . . . . . October 6, 2006

Motion to Correct PSR due by . . . . . . . . . . . . . . . . . . . . . . . . . October 13, 2006

Judgment/Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 20, 2006

CEM:cf
cc: Michelle Rodriguez, Assistant United States Attorney
Teresa Hoffman, United States Probation Officer
Boun Pheng Silaprasay

IT IS SO ORDERED

8/23/06